# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 15-165 (36) (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| DOERON EARL RAYFORD, | |
| Defendant. | |

_____

Deidre Aanstad and Melinda Williams, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Bruce M. Rivers, **RIVERS LAW FIRM, P.A.,** 701 Fourth Avenue South, Suite 300, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT**:

Defendant's Motion to Suppress Evidence Obtained by Search and Seizure, [Docket No. 403], is **DENIED**.

Dated:  February 26, 2016          s/John R. Tunheim
at Minneapolis, Minnesota          JOHN R. TUNHEIM
                                   Chief Judge
                                   United States District Court